# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 06-155-02 |
| RUSSELL WHITMORE | : | |

## ORDER

**SURRICK, J.**                                                                                              **APRIL 23, 2025**

**AND NOW**, this 23rd day of April 2025, upon consideration of Defendant's Motion to Vacate / Set Aside / Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 223), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                                                    BY THE COURT:


                                                                                    */s/ R. Barclay Surrick*
                                                                                    **R. BARCLAY SURRICK, J.**